

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2018

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief originally was due April 2, 2018 but was not filed. This court notified appellant's counsel of the deficiency on April 5, 2018. TEX. R. APP. P. 38.8(b)(2). On April 16, 2018, appellant filed a response and request for an extension of time to file the brief. This court granted the motion and extended the time to file the brief until May 21, 2018. On May 22, 2018, a supplemental clerk's record was filed containing a second motion for extension of time to file the brief. Although the motion was required to be filed in this court, this court considered the motion in the interest of justice and extended the time to file the brief until July 5, 2018. This court's order advised appellant that no further extensions would be granted absent extenuating circumstances. Appellant's brief was not filed by July 5, 2018. On July 9, 2018, appellant's counsel contacted this court and stated he would file a motion for another extension setting forth extenuating circumstances, but appellant's counsel has failed to do so.

Appellant's counsel is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's counsel fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2018.



_____
Keith E. Hottle
Clerk of Court